*Frederick T. Pierson* for appellants.

*T. Aaron Levy* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

AUGUSTUS LINDEN, Appellant, *v*. HAROLD H. FRIES, Respondent.

*Linden* v. *Fries*, 136 App. Div. 930, affirmed.
(Argued June 9, 1911; decided October 3, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 26, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover damages alleged to have been sustained by plaintiff through the false representations of defendant.

*L. Laflin Kellogg* and *William K. Hartpence* for appellant.

*Alexander S. Andrews* and *John Larkin* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v*. CHARLES TEELING, Appellant.

*People* v. *Teeling*, 140 App. Div. 945, affirmed.
(Argued June 9, 1911; decided October 3, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 7, 1910, which affirmed a judgment of the